United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
William L. Logsdon  
Mary C. Logsdon  
    Debtors

Case No. 16-03608-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Sep 17, 2021      Form ID: 3180W      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William L. Logsdon, Mary C. Logsdon, 84 Patriot Circle, Mountain Top, PA 18707-2032 |
| 4872227 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4831363 | + | Navient Solutions, Inc. on behalf of PHEAA, P.O. Box 8147, Harrisburg, PA 17105-8147 |
| 4861656 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4828433 | | EDI: BANKAMER.COM | Sep 17 2021 22:53:00 | BANK OF AMERICA, PO BOX 15019, Wilmington, DE 19886-5019 |
| 4828434 | | EDI: BANKAMER.COM | Sep 17 2021 22:53:00 | BANK OF AMERICA HOME LOANS, PO BOX 31785, Tampa, FL 33631-3785 |
| 4870697 | | EDI: BANKAMER.COM | Sep 17 2021 22:53:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 4828436 | | EDI: CAPITALONE.COM | Sep 17 2021 22:53:00 | CAPITAL ONE, PO BOX 71083, Charlotte, NC 28272-1083 |
| 4828438 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 17 2021 18:51:00 | CITIZENS BANK, PO BOX 18204, Bridgeport, CT 06601-3204 |
| 4829374 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 17 2021 18:51:00 | Citizens Bank, 1 Citizens Drive, ROP15B, Riverside R.I.02915 |
| 4847547 | | EDI: CAPITALONE.COM | Sep 17 2021 22:53:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4828442 | + | EDI: CITICORP.COM | Sep 17 2021 22:53:00 | MACYS, PO BOX 9001094, Louisville, KY 40290-2399 |
| 4868865 | | EDI: Q3G.COM | Sep 17 2021 22:53:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 4953892 | | EDI: ECMC.COM | Sep 17 2021 22:53:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 4953893 | | EDI: ECMC.COM | Sep 17 2021 22:53:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 4828437 | | EDI: JPMORGANCHASE | Sep 17 2021 22:53:00 | CHASE BANK, PO BOX 15298, Wilmington, DE 19850 |
| 4828432 | | EDI: JPMORGANCHASE | Sep 17 2021 22:53:00 | AMAZON.COM, PO BOX 15123, Wilmington, DE 19850-5123 |
| 4828440 | | EDI: RMSC.COM | Sep 17 2021 22:53:00 | LOWES, PO BOX 530914, Atlanta, GA 30353-0914 |

| Recip ID | Bypass | EDI | | Date/Time | Name and Address |
|---|---|---|---|---|---|
| 4861689 | + | EDI: MID8.COM | | Sep 17 2021 22:53:00 | MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4828443 | | EDI: NAVIENTFKASMSERV.COM | | Sep 17 2021 22:53:00 | NAVIENT, PO BOX 9635, Wilkes Barre, PA 18773-9635 |
| 4828444 | | EDI: RMSC.COM | | Sep 17 2021 22:53:00 | OLD NAVY, PO BOX 965003, Orlando, FL 32896-5003 |
| 4872483 | | EDI: PRA.COM | | Sep 17 2021 22:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4828446 | | EDI: RMSC.COM | | Sep 17 2021 22:53:00 | SAMS CLUB, PO BOX 965046, Orlando, FL 32896-5046 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4828435 | | BARCLAY CARD |
| 4828449 | | TOYOTA FINANCIAL |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| 4828439 | * | CITIZENS BANK, PO BOX 18204, Bridgeport, CT 06601-3204 |
| 4828441 | * | LOWES, PO BOX 530914, Atlanta, GA 30353-0914 |
| 4828445 | * | OLD NAVY, PO BOX 965003, Orlando, FL 32896-5003 |
| 4828447 | * | SAMS CLUB, PO BOX 965046, Orlando, FL 32896-5046 |
| 4828448 | * | SAMS CLUB, PO BOX 965046, Orlando, FL 32896-5046 |

TOTAL: 2 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carol Baltimore | on behalf of Debtor 2 Mary C. Logsdon bandicot6@aol.com |
| Carol Baltimore | on behalf of Debtor 1 William L. Logsdon bandicot6@aol.com |
| ECMC | djwilcoxson@ecmc.org |

| | |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jeremy John Kobeski | on behalf of Creditor Bank of America N.A. pamb@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | William L. Logsdon | Social Security number or ITIN | xxx–xx–8385 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Mary C. Logsdon | Social Security number or ITIN | xxx–xx–8432 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:16–bk–03608–MJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William L. Logsdon

Mary C. Logsdon

**By the court:**

9/17/21

Honorable Mark J. Conway
United States Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**