## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| WILLIAM L. LOGSDON | Case No.: 5-16-03608-MJC |
| MARY C. LOGSDON | Chapter 13 |
| Debtor(s) | |

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**     **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | BANK OF AMERICA |
| Court Claim Number: | 15 |
| Last Four of Loan Number: | 6193/PRE ARREARS/84 PATRIOT CIRCLE |
| Property Address if applicable: | 84 PATRIOT CIRCLE, , MOUNTAIN TOP, PA18707 |

**PART 2:**     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $23.84 |
| b. | Prepetition arrearages paid by the Trustee: | $23.84 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $23.84 |

**PART 3:**     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: September 23, 2021 Respectfully submitted,

> s/ Jack N. Zaharopoulos
> Standing Chapter 13 Trustee
> Suite A, 8125 Adams Drive
> Hummelstown, PA 17036
> Phone: (717) 566-6097
> Fax: (717) 566-8313
> eMail: info@pamd13trustee.com

Case 5:16-bk-03608-MJC    Doc 47    Filed 09/23/21    Entered 09/23/21 10:38:27    Desc
Page 2 of 4

Creditor Name: BANK OF AMERICA
Court Claim Number: 15

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1165060 | 04/12/2017 | $23.84 | $0.00 | $23.84 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

WILLIAM L. LOGSDON  Case No.: 5-16-03608-MJC
MARY C. LOGSDON  Chapter 13
      Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 23, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| CAROL W BALTIMORE, ESQUIRE<br>LAW OFFICE OF CAROL BALTIMORE<br>480 PIERCE ST, STE 105<br>KINGSTON PA, 18704- | SERVED ELECTRONICALLY |
| BANK OF AMERICA<br>PO BOX 31785<br>TAMPA, FL, 33631-3785 | SERVED BY 1ST CLASS MAIL |
| WILLIAM L. LOGSDON<br>MARY C. LOGSDON<br>84 PATRIOT CIRCLE<br>MOUNTAIN TOP, PA 18707 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 23, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com