Check No. 2007063

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT JHAUBERT@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 16-03441-HWV | 009-0 | THOMAS LEONARD PARICHUK<br>Original Check written to:<br>BITUMINOUS PAVING MATERIALS<br>1300 ZINNS QUARRY ROAD<br>YORK, PA 17404-3599 | | 592,077.76 | 1,716.09 | 0.00 | 1,716.09 |
| 16-03608-MJC | 001-0 | WILLIAM L. LOGSDON<br>Original Check written to:<br>CITIZENS BANK<br>1 CITIZENS DRIVE, MAILSTOP ROP15B<br>RIVERSIDE, RI 02915- | 2938 | 7,390.69 | 44.67 | 0.00 | 44.67 |
| 16-03608-MJC | 002-0 | WILLIAM L. LOGSDON<br>Original Check written to:<br>CITIZENS BANK<br>1 CITIZENS DRIVE, MAILSTOP ROP15B<br>RIVERSIDE, RI 02915- | 9231 | 10,364.77 | 62.64 | 0.00 | 62.64 |
| ~~21-00000-HWV~~ 1-19-00089 | 002-0 | SUSPENSE ACCOUNT<br>Original Check written to:<br>AARON J SMITH<br>6829 SHOESTRING HILL ROAD,<br>PO BOX 1<br>QUINCY, PA 17247 | 11900089 | 0.00 | 542.56 | 0.00 | 542.56 |